IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM D. WOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 06 C 7118 |
| LEBETER TRUCKING, INC., ) | |
| a corporation, ) | JUDGE MATTHEW F. KENNELLY |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT
AND FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment, default having been entered against Defendant, LEBETER TRUCKING, INC., a corporation, on February 15, 2007, and for an order directing Defendant to submit to an audit of its payroll books and records for the time period January 1, 2005 through the present date. In support of that Motion, Plaintiffs state:

1. On February 15, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to submit its monthly fringe benefit contribution reports for September 2006 through the present date. The Court retained jurisdiction to enforce the February 15, 2007 order and enter judgment against Defendant (a copy of the Minute Order/Order entered February 15, 2007 is attached hereto as Exhibit A).

2. On February 7, 2007, Defendant submitted to Plaintiffs' counsel, via facsimile, copies of its September 2006 and October 2006 contribution reports and checks for the payment of fringe benefit contributions due thereon. Said reports and checks were sent by U.S. Mail directly to Plaintiff Funds.

3. On March 1, 2007, Defendant submitted to Plaintiffs' counsel, via facsimile, copies of its November 2006 and December 2006 contribution reports without payment of the contributions and liquidated damages due thereon. Said reports show that the Defendant is delinquent in contributions to the Funds in the amounts set forth below:

|  | Contributions |
|---|---|
| Welfare Fund | $1,186.50 |
| Pension Fund | $ 903.00 |

(See Affidavit of William D. Woldman).

4. Additionally, the following amounts are due for liquidated damages:

|  | Liquidated Damages |
|---|---|
| Welfare Fund | $237.30 |
| Pension Fund | $180.60 |

(Woldman Aff. Par. 11). (Copies of the contribution reports for November 2006 and December 2006 are attached hereto as Exhibit B).

5. Plaintiffs have incurred costs totaling $429.00 and reasonable attorneys' fees totaling $1,177.50. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $4,113.90.

7. Pursuant to the terms of the collective bargaining agreement and Agreements and Declarations of Trust, Plaintiffs are entitled to examine the payroll books and records of an employer required to make contributions to the Plaintiff Funds.

8. For all the reasons stated herein, the Plaintiffs move this Court for entry of judgment and for an Order directing an audit of the Defendant's payroll books and records for the time period January 1, 2005 through the present date. Specifically, Plaintiffs request:

A. That judgment be entered in favor of Plaintiffs and against Defendant, LEBETER TRUCKING, INC., a corporation, the amount of $2,089.50 for contributions and the additional sum of $417.90 for liquidated damages, or a total of $2,507.40.

B. That judgment be entered in favor of Plaintiffs and against Defendant, LEBETER TRUCKING, INC., a corporation, the sum of $429.00 for their costs and $1,177.50 as and for Plaintiffs' just and reasonable attorneys' fees.

C. That Plaintiffs recover from the Defendant, LEBETER TRUCKING, INC., a corporation, the total sum of **$4,113.90**.

D. Plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

E. That Defendant make available to the accounting firm of Legacy Professionals, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period of January 1, 2005 through the present date for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

F. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering final judgment against Defendant.

G. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Lebeter\motion for judgment and audit.jdg.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment and for an Order Directing an Audit) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of April 2007:

        Mr. Phillip E. Lebeter, Registered Agent
        Lebeter Trucking, Inc.
        28 Cynthia Lane
        Beecher, IL   60401

        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Lebeter\motion for judgment and audit.jdg.df.wpd